IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD ATKINSON,

    Plaintiff,                      Case No. 2:11-cv-2389 JAM DAD PS

    vs.

COUNTY OF EL DORADO, et al.,      ORDER TO SHOW CAUSE

    Defendants.

_____/

        Plaintiff, proceeding pro se, commenced this action on September 9, 2011, by filing a complaint and paying the required filing fee. The Clerk issued a summons as to two defendants. The case has been referred to the undersigned pursuant to Local Rule 302(c)(21).

        On September 19, 2011, the court issued an order setting a Status (Pretrial Scheduling) Conference for hearing before the undersigned on January 13, 2012. (Doc. No. 4.) By order filed January 11, 2012, the Status Conference was continued, pursuant to the parties' joint request, to April 6, 2012. (Doc. No. 6.) The January 11, 2012 order required that plaintiff file and serve a written status report on or before March 23, 2012, and appear at the status conference either in person or telephonically. The order also advised plaintiff that:

> failure to file a timely status report, or failure to appear at the status conference either in person or telephonically, may result in a recommendations that this action be dismissed for lack of

1

prosecution and as a sanction for failure to comply with court orders and applicable rules.  <u>See</u> Local Rules 110 and 183.

(Doc. No. 6 at 2-3.)  Plaintiff did not file a status report and did not appear at the April 6, 2012 Status Conference.

By order filed April 9, 2012, the undersigned continued the Status Conference to July 6, 2012.  (Doc. No. 11.)  The April 9, 2012 order required that plaintiff file and serve a written status report on or before June 22, 2012, and appear at the July 6, 2012 Status Conference either in person or telephonically.  The order also advised plaintiff, once again, that plaintiff's failure to file a timely status report or appear at the Status Conference could result in a recommendation that this action be dismissed for lack of prosecution.  (Doc. No. 11 at 2-3.)  Plaintiff, however, did not file a status report and did not appear at the July 6, 2012 Status Conference.

In light of plaintiff's repeated failure to file a status report and failure to appear at the Status (Pretrial Scheduling) Conferences, grounds clearly exist for recommending to the assigned District Judge that this action be dismissed without prejudice for failure to prosecute and for failure to comply with court orders and applicable rules.  Nonetheless, out of an abundance of caution and in light of plaintiff's pro se status, the court will instead issue this order to show cause.  If plaintiff does not wish to pursue this action, he should so advise the court in his response to the order to show cause.

Accordingly, the court HEREBY ORDERS that plaintiff show cause in writing within twenty-one days of the date of this order why this case should not be dismissed for lack of prosecution.  Failure to <u>timely</u> file the required writing will result in a recommendation that the case be dismissed.

DATED: July 11, 2012.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\atkinson2389.osc